**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricardo SANTACRUZ–BECERILL,**
**Defendant–Appellant.**

**No. 11–10522.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 2, 2013.

Patrick Michael Walsh, Robert Lawrence Ellman, Esquire, Adam McMeen

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Flake, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Ricardo Santacruz–Becerill, Safford, AZ, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Ricardo Santacruz–Becerill appeals from the district court's judgment and challenges his guilty-plea conviction and 151–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Santacruz–Becerill's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Santacruz–Becerill has filed a pro se supplemental brief, and the government has filed an answering brief.

Santacruz–Becerill has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**